## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELPFUL HOUND, L.L.C., | Case No.: 2:18-cv-3500 |
| Plaintiff, | c/w |
| v. | Case No. 2:18-cv-3594 |
| NEW ORLEANS BUILDING CORPORATION AND CITY OF NEW ORLEANS | SECTIONS R(2) |
| | JUDGE VANCE |
| Defendants. | MAGISTRATE JUDGE WILKINSON |
| | **ALL CASES** |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, Bayou Secret, L.L.C., St. Roch F&B, L.L.C., Helpful Hound, L.L.C., St. Roch Design District, L.L.C., William Donaldson, Barre Tanguis, and David Donaldson, Defendants in Civil Action No. 18-3594 and counterclaimants in Civil Action No. 18-3500 ("Defendants"), submit this request for oral argument on their Motion to Dismiss. The Motion presents numerous complex issues that would benefit from argument before the Court. Therefore, Defendants respectfully request that their Motion to Dismiss, noticed for submission on the date of this filing, be set for oral argument at a date and time convenient to the Court.

Respectfully submitted on this the 24th day of May, 2018.

1

*/s/Sharonda R. Williams*
Sharonda R. Williams (Bar No. 28809)
**FISHMAN HAYGOOD, LLP**
201 St. Charles Avenue, 46th floor
New Orleans, Louisiana 70170-4600
Telephone: (504) 586-5252
Facsimile:  (504) 586-5250
swilliams@fishmanhaygood.com

*ATTORNEY FOR BAYOU SECRET, L.L.C., ST. ROCH F&B, L.L.C., HELPFUL HOUND, L.L.C., ST. ROCH DESIGN DISTRICT, L.L.C., WILLIAM DONALDSON, BARRE TANGUIS, AND DAVID DONALDSON*

## **CERTIFICATE**

I hereby certify that on May 24, 2018, I electronically filed the foregoing pleading with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

*/s/Sharonda R. Williams*

2