MINUTE ENTRY
WILKINSON, M. J.
JUNE 14, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| HELPFUL HOUND, L.L.C. | CIVIL ACTION |
| VERSUS | NO. 18-3500 |
| NEW ORLEANS BUILDING CORPORATION ET AL. | SECTION "R" (2) |

A settlement conference was conducted on this date before the undersigned magistrate judge. No settlement was reached.

_____
JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE

**CLERK TO NOTIFY:**
**HON. SARAH S. VANCE**

**MJSTAR: 2:05**